UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LAURA TROJNAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:10-CV-00049 JD |
| THE METHODIST HOSPITALS, INC., | ) ) ) |
| Defendant. | ) |

ORDER

On February 24, 2011, the parties filed a joint stipulation to dismiss this case with prejudice. [DE 22]. Having reviewed the stipulation and finding the terms proper, it is hereby ORDERED that this case be DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a). Each party is to bear its own costs.

SO ORDERED.

ENTERED:  March 3, 2011

/s/ JON E. DEGUILIO
Judge
United States District Court